UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONALDO ANTONIO SANDOVAL-ABSZUN,<br><br>       Petitioner,<br><br>       v.<br><br>KENNETH GENALO, NYC Director Enforcement & Removal Operations Immigration and Customs Enforcement; TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement, KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security; and PAMELA BONDI, in her official capacity as Attorney General, U.S. Department of Justice,<br><br>       Respondents. | No. 25-CV-9489<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

On November 13, 2025, Petitioner filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. It is hereby ordered that:

1. Respondents shall file an opposition by November 18, 2025 as to why the petition for a writ of habeas corpus should not be granted.

2. Petitioner shall have the opportunity to reply by November 19, 2025.

3. This matter shall be heard by the Court on November 20, 2025, at 12:00 p.m. in the Thurgood Marshall United States Courthouse, Courtroom 1506, 40 Foley Square, New York, NY 10007. Respondents shall produce Petitioner at this hearing.

4. To preserve the Court's jurisdiction pending a ruling on the petition, Petitioner shall not be removed from the United States unless and until the Court orders otherwise.

5. The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York that this Order has issued at the following email address: jeffrey.oestericher@usdoj.gov.

SO ORDERED.

Dated:   November 13, 2025
         New York, New York

_____
Ronnie Abrams
United States District Judge