UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DONALDO ANTONIO SANDOVAL ABZUN,

      Petitioner,

   v.

KENNETH GENALO, NYC Director Enforcement & Removal Operations Immigration and Customs Enforcement; TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement, KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security; and PAMELA BONDI, in her official capacity as Attorney General, U.S. Department of Justice,

      Respondents.

No. 25-CV-9489

ORDER

---

RONNIE ABRAMS, United States District Judge:

On November 10, 2025, Petitioner Donaldo Antonio Sandoval Abzun was detained by U.S. Immigration and Customs Enforcement. Dkt. No. 1 ("Pet.") ¶ 4. He has since filed a petition for a writ of habeas of corpus seeking immediate release from custody. The Court held a hearing on the petition on November 24, 2025. For reasons that will follow in a subsequent opinion and order, and consistent with numerous decisions in similar cases in this district, *see Lopez Benitez v. Francis*, No. 25 Civ. 5937 (DEH), 2025 WL 2371588 (S.D.N.Y. Aug. 13, 2025); *Tumba Huamani v. Francis*, No. 25-cv-8110 (LJL), 2025 WL 3079014 (S.D.N.Y. Nov. 4, 2025); *Guzman Cardenas v. Almodovar*, No. 25-CV-9169 (JMF), 2025 WL 3215573 (S.D.N.Y. Nov. 18, 2025), the Court finds that the Government violated Petitioner's right to due process under the Fifth Amendment, grants his writ of habeas corpus, and orders him immediately released from custody. Respondents are further ordered to certify compliance with the Court's order by filing it promptly on the docket no later than 5:00 p.m. on November 26, 2025.

SO ORDERED.

Dated:   November 25, 2025
     New York, New York

                _____
                Ronnie Abrams
                United States District Judge