UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DONALDO ANTONIO SANDOVAL-
ABZUN,

                    Petitioner,

        v.

KENNETH GENALO, NYC Director
Enforcement & Removal Operations
Immigration and Customs Enforcement (ICE);
TODD LYONS, Acting Director, U.S.
Immigration and Customs Enforcement;
KRISTI NOEM, in her official capacity as
Secretary of the United States Department of
Homeland Security; and PAMELA BONDI, in
her official capacity as Attorney General, U.S.
Department of Justice,

                    Respondents.

25-CV-9489 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

        The Clerk of Court is hereby directed to close any pending motions and enter final judgment in this

matter.

SO ORDERED.

Dated:    April 7, 2026
          New York, New York

                                        Ronnie Abrams
                                        United States District Judge