**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
 DONALDO ANTONIO SANDOVAL-ABZUN,

                                  Petitioner,

           -against-                                25 **CIVIL** 09489 (RA)

                                              **JUDGMENT**

KENNETH GENALO, NYC Director Enforcement
& Removal Operations Immigration and Customs
Enforcement (ICE); TODD LYONS, Acting
Director, U.S. Immigration and Customs
Enforcement; KRISTI NOEM, in her official
capacity as Secretary of the United States
Department of Homeland Security; and PAMELA
BONDI, in her official capacity as Attorney
General, U.S. Department of Justice.,

                              Respondents.
------------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Memorandum Opinion and Order dated January 14, 2026, and the Court's

Order dated April 7, 2026, the Petition is GRANTED and the Court finds that the Government's

position "was not substantially justified," since it does not "and has never had a reasonable basis

in statutory text, structure, or history." Id. Mr. Sandoval Abzun is entitled, therefore, to

reasonable fees and costs. He may submit an application for fees and costs pursuant to 5 U.S.C. §

504 and 28 U.S.C. § 2412 by February 16, 2026. Accordingly, the case is closed.

**Dated:** New York, New York

April 28, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:**

**Deputy Clerk**
